IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| N.A.S, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CASE NO. 1:20-cv-24676-DPG |
| | § | |
| MORADA-HAUTE FURNITURE | § | |
| BOUTIQUE, LLC, | § | |
| | § | |
| *Defendant*. | § | |

**PLAINTIFF'S MOTION TO SEAL CERTIFICATE OF INTERESTEED PARTIES**

Pursuant to Local Rule 5.4, Plaintiff N.A.S. files Motion to Seal her Certificate of Interested Parties and in support respectfully show as follows:

1. Plaintiff filed her Original Complaint using only her initials to protect her privacy, given her belief that (as alleged in her Original Complaint) certain unknown parties have had access to her personal residence and private belongings, including, but not limited to personal items such as her medication. *See* Plaintiff's Original Complaint, Doc. No. 1.

2. Pursuant to the Court's December 15, 2020 Order, Plaintiff's Certificate of Interested Parties is due on or before January 4, 2021. *See* Doc. No. 12.

3. In her Certificate of Interested Parties, Plaintiff wishes to fully identify herself and her husband. However, given the privacy interests discussed above, Plaintiff wishes to file the document under seal in order to avoid giving unknown parties and/or the public additional access to her identity with respect to the details of this case.

4. The duration of the requested seal is until the case is terminated.

5.      Plaintiff does not request that the entire case be sealed, merely her filing of the Certificate of Interested Parties.

6.      Pursuant to Local Rule 5.4(b), Plaintiff is not attaching or revealing the specific content that would be in the Certificate of Interested Parties, and will only file it after the Court makes a ruling on this Motion.

Plaintiff prays that the Court grant this Motion to Seal Certificate of Interested Parties, along with all such other and further relief to which Plaintiff is justly entitled.

Respectfully submitted,

David S. Farber
FBN:  0370230
dfarber@dfarberlaw.com

**THE FARBER LAW FIRM**
2199 Ponce De Leon Blvd., Suite 301
Coral Gables, Florida 33134
(305) 774-0134
(305) 774-0135 fax


*/s/ Robert L. Chaiken*
Robert L. Chaiken   **Pro Hac Vice**
Texas State Bar No. 04057830
rchaiken@chaikenlaw.com

**CHAIKEN & CHAIKEN, P.C.**
5717 Legacy Dr., Suite 250
Plano, Texas 75024
(214) 265-0250
(214) 265-1537 fax

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been electronically served upon all counsel of record via the Court's CM/ECF filing system, on the 4th day of January, 2021.

/s/ *Robert L. Chaiken*
Robert L. Chaiken