**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:20-cv-24676 -GAYLES/TORRES**

**N.A.S.**,

    Plaintiff,

v.

**MORADA-HAUTE FURNITURE BOUTIQUE, LLC**,

    Defendant.

_____/

**ORDER GRANTING MOTION TO FILE UNDER SEAL**

**THIS CAUSE** comes before the Court on Plaintiff N.A.S.'s Motion to Seal Certificate of Interested Parties (the "Motion") [ECF No. 18]. The Court has reviewed the Motion and the record and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff N.A.S.'s Motion to Seal Certificate of Interesteed [sic] Parties, [ECF No. 18], is **GRANTED**.

2. Plaintiff shall file her Certificate of Interested Parties under seal on or before **January 29, 2021**.

3. The seal shall remain in effect for a period of one year from the date of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of January, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE