IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| N.A.S, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CASE NO. 1:20-cv-24676-DPG |
| | § | |
| MORADA-HAUTE FURNITURE | § | |
| BOUTIQUE, LLC, | § | |
| | § | |
| *Defendant*. | § | |

**PLAINTIFF'S MOTION TO SEAL PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT AND STATEMENT OF MATERIAL FACTS**

Pursuant to Local Rule 5.4, Plaintiff N.A.S. files this Motion to Seal her Partial Motion for Summary Judgment and Statement of Material Facts and in support respectfully show as follows:

1. Plaintiff filed her Original Complaint and First Amended Complaint using only her initials to protect her privacy, given her belief that (as alleged in her Original and First Amended Complaint), certain unknown parties have had access to her personal residence and private belongings, including, but not limited to personal items such as her medication. *See* Plaintiff's Original Complaint, Doc. No. 1; Plaintiff's First Amended Complaint Doc. No. 28.

2. Pursuant to the Court's January 4, 2021 Order, any dispositive motions must be filed by August 20, 2021. *See* Doc. No. 15.

3. In her Partial Motion for Summary Judgment and Statement of Material Facts, Plaintiff wishes to fully identify herself and her husband and submit evidence which fully identifies herself and her husband. However, given the privacy interests discussed above, Plaintiff wishes to file the Partial Motion for Summary Judgment and Statement of Material Facts under seal in order

to avoid giving unknown parties and/or the public additional access to her identity with respect to the details of this case.

4. The duration of the requested seal is until the case is terminated.

5. Plaintiff does not request that the entire case be sealed, merely her filing of the Partial Motion for Summary Judgment and the Statement of Material Facts.

6. Pursuant to Local Rule 5.4(b), Plaintiff is not attaching or revealing the specific content that would be in the Partial Motion for Summary Judgment or the Statement of Material Facts, and will only file them after the Court makes a ruling on this Motion.

Plaintiff prays that the Court grant this Motion to Seal Partial Motion for Summary Judgment and Statement of Material Facts, along with all such other and further relief to which Plaintiff is justly entitled.

Respectfully submitted,

*/s/ David S. Farber*
David S. Farber
FBN:  0370230
dfarber@dfarberlaw.com

**THE FARBER LAW FIRM**
2199 Ponce De Leon Blvd., Suite 301
Coral Gables, Florida 33134
(305) 774-0134
(305) 774-0135 fax

Robert L. Chaiken   ***Pro Hac Vice***
Texas State Bar No. 04057830
rchaiken@chaikenlaw.com

**CHAIKEN & CHAIKEN, P.C.**
5717 Legacy Dr., Suite 250
Plano, Texas 75024
(214) 265-0250
(214) 265-1537 fax

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been electronically served upon all counsel of record via the Court's CM/ECF filing system, on the 14th day of May, 2021.

                                      */s/ Robert L. Chaiken*
                                      Robert L. Chaiken