UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-24676-Civ-GAYLES/TORRES

N.A.S,

    Plaintiff,

v.

MORADA-HAUTE
FURNITURE BOUTIQUE LLC,
FERNAN HERNADEZ, and
HOLGER ODENSTEIN,

    Defendants.
_____/

**ORDER ON PLAINTIFF'S MOTION TO SEAL**

    This matter is before the Court on N.A.S.'s ("Plaintiff") unopposed motion to file under seal her second partial motion for summary and statement of material facts and their exhibits thereto. [D.E. 96]. Having reviewed the motion and the record, the motion is **GRANTED**. Plaintiff may file her second motion for partial summary judgment and statement of material facts and their exhibits thereto under seal and it shall remain under seal for thirty days after the entry of a final order, or if applicable, one year after the resolutions of any appeals in this case, at which time the sealed filing should be destroyed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of August, 2021.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge