UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-23676-GAYLES/TORRES

**N.A.S.**,

    Plaintiff,

v.

**MORADA-HAUTE FURNITURE
BOUTIQUE, LLC, FERNAN HERNANDEZ,
and HOLGER ODENSTEIN**,

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** comes before the Court on Magistrate Judge Edwin G. Torres's Report and Recommendation (the "Report") [ECF No. 104] regarding Defendants', MORADA-Haute Furniture Boutique, LLC, Fernan Hernandez, and Holger Odenstein, Amended Motion to Dismiss Amended Complaint (the "Amended Motion") [ECF No. 56]. On November 13, 2020, Plaintiff N.A.S. filed this action against Defendant MORADA-Haute Furniture Boutique, LLC. [ECF No. 1]. On March 2, 2021, Plaintiff filed her First Amended Complaint against Defendant MORADA-Haute Furniture Boutique, LLC, and joined Defendants Fernan Hernandez and Holger Odenstein. [ECF No. 28]. On June 18, 2021, Defendants filed their Amended Motion in which they seek to dismiss Plaintiff's First Amended Complaint. [ECF No. 56]. On June 21, 2021, Defendants moved to stay discovery pending a resolution of their Amended Motion. [ECF No. 58]. On July 26, 2021, the Court referred this case to Judge Torres, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pre-trial, non-dispositive matters and a report and recommendation on all dispositive matters.

[ECF No. 85]. On August 23, 2021, Plaintiff moved for leave to file a second amended complaint, which Defendants opposed. [ECF No. 103].

On August 24, 2021, Judge Torres issued his Report in which he recommends that the Amended Motion be granted in part and denied in part. [ECF No. 104]. As to Counts I, III, IV, and V, the Report recommends granting the Amended Motion and dismissing those Counts with prejudice. *Id.* at 13. As to Count II and VI, the Report recommends denying the Amended Motion. *Id.* at 13–14. The Report also recommends denying as moot Defendants' Motion to Stay Further Discovery Pending Resolution of Defendants' Amended Motion to Dismiss Amended Complaint. *Id.* at 13 n.4. Finally, the Report recommends that Plaintiff's Motion for Leave to File Second Amended Complaint should be denied. *Id.* at 8–9 n.3. On September 2, 2021, Plaintiff timely filed her Objections to the Report (the "Objections"), [ECF No. 114], to which Defendants did not respond.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of the record, the Court agrees with Judge Torres's well-reasoned analysis and conclusions that: (1) the Amended Motion should be granted in part and denied in part; (2) Counts I, III, IV, and V of Plaintiff's First Amended Complaint should be

dismissed with prejudice; (3) Defendants' Motion to Stay Further Discovery Pending Resolution of Defendants' Amended Motion to Dismiss Amended Complaint should be denied as moot; and (4) Plaintiff's Motion for Leave to File Second Amended Complaint should be denied. Notably, the arguments raised in Plaintiff's Objections are simply a reiteration of those arguments made in her Motion for Leave to File Second Amended Complaint, which Judge Torres considered in his Report.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Edwin G. Torres's Report and Recommendation, [ECF No. 104], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Defendants', MORADA-Haute Furniture Boutique, LLC, Fernan Hernandez, and Holger Odenstein, Amended Motion to Dismiss Amended Complaint, [ECF No. 56], is **GRANTED in part** and **DENIED in part**.

3. Defendants' Amended Motion to Dismiss Amended Complaint is **GRANTED** as to Counts I, III, IV, and V of Plaintiff N.A.S.'s First Amended Complaint, and Plaintiff's First Amended Complaint is **DISMISSED with prejudice** as to those Counts.

4. Defendants' Amended Motion to Dismiss Amended Complaint is **DENIED** as to Counts II and VI of Plaintiff's First Amended Complaint.

5. Defendants', MORADA-Haute Furniture Boutique, LLC, Fernan Hernandez, and Holger Odenstein, Motion to Stay Further Discovery Pending Resolution of Defendants' Amended Motion to Dismiss Amended Complaint, [ECF No. 58], is **DENIED as moot**.

6. Plaintiff N.A.S.'s Motion for Leave to File Second Amended Complaint, [ECF No. 103], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of October, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE