UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-24676-DPG

N.A.S. and MARCUS HILES,

      Plaintiffs,

v.

MORADA-HAUTE FURNITURE
BOUTIQUE, LLC, FERNAN
HERNANDEZ, HOLGER ODENSTEIN,
and BARBARA PUCHE,

      Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Chief Magistrate Edwin G. Torres' Report and Recommendation (the "Report"), [ECF No. 202], regarding Defendants' Motion to Dismiss Counts II, III & V–XI of Third Amended Complaint and Motion for More Definite Statement as to Counts I & IV (the "Motion"). [ECF No. 197]. On July 26, 2021, the action was referred to Judge Torres, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 85]. On July 22, 2022, Judge Torres issued his report recommending that Defendants' Motion be granted in part and denied in part. [ECF No. 202]. While all four Defendants, Morada-Haute Furniture Boutique, LLC ("Morada"), Holger Odenstein ("Odenstein"), Fernan Hernandez ("Hernandez"), and Barbara Puche ("Puche"), joined in the Motion, only Morada, Odenstein, and Hernandez filed timely objections to the Report. [ECF No. 204]. For the reasons that follow, the Court affirms and adopts the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of the record, including the Motion, the Report, Defendants' objections, and Plaintiffs' response to the objections [ECF No. 205], the Court agrees with Judge Torres' well-reasoned analysis and conclusion that Defendants' Motion should be granted in part and denied in part.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1)   Chief Magistrate Judge Torres' Report and Recommendation, [ECF No. 202], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

(2)   Defendants' Motion, [ECF No. 197], is **GRANTED** as to Counts II, V, VII, X, and XI.

(3)   Defendants' Motion, [ECF No. 197], is **DENIED** as to Counts I, III, IV, VI, VIII, and IX.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of October, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE